UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 03-32318-dof |
| Valerie Mae Miller | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Valerie Mae Miller | | | Debtor Refund | 697247 | $181.54 |

Dated: January 5, 2010

              ___/s/Carl L. Bekofske____
              Carl L. Bekofske,
              Standing Chapter 13 Trustee
              510 W. Court Street
              Flint, MI  48503
              Telephone:  (810) 238-4675
              Fax:  (810) 238-4712
              Email: ECF@flint13.com
              P10645